UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-112-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **FINAL ORDER AND** |
| v. ) | **JUDGMENT CONFIRMING** |
| ) | **FORFEITURE** |
| ERICA HOLLAND, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Motionof the United States of America for a Final Order and Judgment Confirming Forfeiture. (Doc. No. 33)

On November 23, 2011, this Court entered a Money Judgment and Preliminary Order of Forfeiture (Doc. No. 22) against the following property in which Defendant holds an interest subject to forfeiture under 21 U.S.C. § 853(p):

> **Approximately $22,993.02 seized from Wachovia Bank Account XXXXXXXX1597, such account held in the name of Faithful Shepard's Home Care, LLC;**
>
> **Approximately $48,377.42 seized from Wachovia Bank Account XXXXXXXX7248, such account held in the name of Erika Rankin Holland;**
>
> **One 2007 Infiniti QX56, VIN 5N3AA08C37N804955;**
>
> **One 2007 BMW 750LI, VIN WBAHN835X7DT75498;**
>
> **One 2007 Mini Cooper, VIN WMWMF33557TT56698;**
>
> **One 2003 H2 Hummer, VIN 5GRGN23U13H126656; and**
>
> **The real property at 212 Clauser Road South, Mount Holly NC 28120, more particularly described in a deed recorded at Gaston County Register of Deeds Book 4521; Page 316.**

As reflected in the Submission of Declaration of Publication (Doc. No. 23), from December 2, 2011 through December 31, 2011, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and notice to all third parties of their right to petition the Court within sixty days from December 2, 2011, for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, on December 2, 2011, the Government sent, via United States Postal Service Certified Mail, Return Receipt Requested, notice of this forfeiture action to the last known addresses of Erika Holland. On December 5, 2011, the Government received a return receipt bearing the signature, "Erika Berry." The time period in which third parties may file petitions has passed and no third parties have filed petitions. Consequently, in accordance with Rule 32.2(c)(2), the Court may now enter a Final Order and Judgment Confirming Forfeiture giving the United States clear title to the forfeited assets.

IT IS, THEREFORE, ORDERED THAT, the Preliminary Order of Forfeiture is confirmed as final and all right, title, and interest in the above property is therefore forfeited to the United States for disposition according to law.

Signed: April 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge